Case 3:19-cr-00024-RLY-MJD   Document 580   Filed 06/09/25   Page 1 of 3 PageID #: 3154

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Kimberly Wilson

Case No: 3:19-cr-00024-009
USM No: 17470-028

Date of Original Judgment: 10/21/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/21/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/09/2025

*Judge's signature*

RICHARD L. YOUNG, Judge

Effective Date:
*(if different from order date)*

A CERTIFIED TRUE COPY
Kristine L. Seufert
U.S. District Court
Southern District of Indiana
By _Dina M. Dayle_
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-00024-RLY-MJD |
| | ) | |
| KIMBERLY WILSON, | ) | -09 |
| | ) | |
| Defendant. | ) | |

**ENTRY DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

In 2022, the court sentenced Defendant Kimberly Wilson to 87 months of imprisonment followed by 5 years of supervised release. (Filing No. 489). On March 26, 2024, Wilson moved to reduce her sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the U.S. Sentencing Guidelines. (Filing No. 556).

Section 3582(c)(2) only allows the court to reduce "a term of imprisonment." 18 U.S.C. § 3582(c)(2). Thus, the court cannot grant a defendant relief under § 3582(c)(2) once she has served her "entire term of imprisonment, regardless of whether [s]he is on supervised release as a result of [her] conviction." *United States v. Rodriguez*, No. 02-CR-464-5, 2024 WL 4027974, at *2 (N.D. Ill. Sept. 3, 2024) (quoting *United States v. Wilson*, 799 F. App'x 792, 794 (11th Cir. 2020)); *see United States v. Cundiff*, No. 4:18-cr-00008, 2024 WL 665220, at *3 (S.D. Ind. Feb. 16, 2024) ("[Section] 3582(c)(2) does not provide for a reduction in the supervised release portion of the sentence."). According to

1

the Bureau of Prisons' website, Wilson was released from prison on April 18, 2025.[1]

Therefore, her motion for sentence reduction (Filing No. 556) is **DENIED as MOOT**.

**IT IS SO ORDERED** this 9th day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Mail to:

Kimberly Wilson
1525 Bowers Lane
Evansville, IN 47710

---

[1] *Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited June 4, 2025).